868

ELIZABETH ZEISER, Individually and as Administratrix of the Estate of FRANCIS H. ZEISER, Deceased, Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See post, p. 934.]

EMMA ADAMS, as Administratrix of the Estate of DAVID ADAMS, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment appealed from unanimously reversed and new trial ordered. A jury could find on the evidence submitted that failure of the doctor and the nurse to make a note of the doctor's direction to keep the patient for further observation and the discharge of the patient by the nurses contrary to hospital routine were administrative acts and negligence on the part of defendant. The complaint should not have been dismissed at the close of the plaintiff's case. Settle order. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

RUTH KELSEY et al., Respondents, v. MAROLD REALTY CORP., Appellant and Third-Party Plaintiff-Respondent. CHILDS COMPANY, Third-Party Defendant-Appellant.— Judgment unanimously affirmed, with costs to respondents against defendant-appellant Marold Realty Corp. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

ISRAEL & Co., Respondent, v. ALBERT BRADICK et al., Appellants.— We are not advised by the record or briefs on this appeal as to the subdivision of the Civil Practice Act under which the warrants of attachment were secured, or what basis in law as distinguished from fact there was for the issuance of the attachments. However, on the motion addressed to the sufficiency of the complaint as it stands, it should be sustained and the action consolidated with the pending actions in which the attachments were obtained. All concur, except COHN, J., who dissents in part and votes to affirm. Settle order. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See post, p. 929.]

In the Matter of ROCCO CONTE, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of ROCCO CONTE, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

MABEL V. JONES, Respondent, v. EDWARD C. JONES, Appellant.— Order appealed from unanimously modified so as to reduce counsel fee to $150 and otherwise affirmed. On this record and in view of all the circumstances, the amount allowed was excessive. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.